| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilner, Michael R. | 2. Court or Organization<br><br>U.S. District Court - Central District of California | 3. Date of Report<br><br>08/11/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Roybal Federal Building<br>255 E. Temple St., Chambers Room 560<br>Los Angeles, CA 90012 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Board Member | Federal Bar Association, Los Angeles Chapter |
| 2. | Executive Committee Member | Judge Paul Michel Intellectual Property American Inn of Court |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct # 1 | | | | | | | | | |
| 2. BMO INTERM TAX FREE BOND FUND | A | Distribution | K | T | | | | | |
| 3. MFS EMERGING MARKETS DEBT FUND | A | Distribution | K | T | | | | | |
| 4. RIDGEWORTH SEIX FLOATING RATE INCOME FUND | A | Distribution | K | T | | | | | |
| 5. RIDGEWORTH SEIX HIGH YIELD FUND | A | Distribution | J | T | | | | | |
| 6. SCHWAB CA TAX FREE BOND FUND | A | Distribution | K | T | Buy | 02/05/14 | J | | amend for first purchase |
| 7. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 8. VANGUARD CA INTERM TERM TAX FREE | A | Distribution | K | T | | | | | |
| 9. ACADIAN EMERGING MARKETS FUND | A | Distribution | J | T | | | | | |
| 10. BARON SMALL CAP FUND | A | Distribution | J | T | | | | | |
| 11. BROWN ADVISORY GROWTH FUND | A | Distribution | K | T | | | | | |
| 12. DIAMOND HILL SMALL CAP | A | Distribution | J | T | | | | | |
| 13. HARBOR INTERNATIONAL FUND | A | Distribution | K | T | | | | | |
| 14. HODGES SMALL CAP FUND | A | Distribution | J | T | | | | | |
| 15. OAKMARK INTL FUND | A | Distribution | K | T | | | | | |
| 16. PARNASSUS CORE EQUITY FUND | A | Distribution | K | T | | | | | |
| 17. PRINCIPAL EQUITY INCOME FUND | A | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES MSCI VALUE ETF | A | Distribution | J | T | | | | | |
| 19. ISHARES RUSSELL 1000 VALUE ETF | A | Distribution | L | T | | | | | |
| 20. ISHARES S&P 500 GROWTH ETF | A | Distribution | K | T | Sold (part) | 07/07/14 | J | B | |
| 21. ISHARES RUSSELL 1000 GROWTH ETF | A | Distribution | K | T | Sold (part) | 07/07/14 | K | C | |
| 22. ISHARES RUSSELL 2000 GROWTH ETF | A | Distribution | J | T | | | | | |
| 23. ISHARES MSCI EAFE SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 24. ISHARES NATL MUNI BOND ETF | A | Distribution | J | T | Buy | 07/11/14 | J | | amend for first purchase |
| 25. SCHWAB US TREASURY ETF | A | Distribution | J | T | | | | | |
| 26. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | K | T | | | | | |
| 27. SCHWAB US MIDCAP ETF | A | Distribution | J | T | | | | | |
| 28. SCHWAB EMERGING MARKETS ETF | A | Distribution | K | T | Buy (add'l) | 02/05/14 | J | | |
| 29. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 30. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 31. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | Buy (add'l) | 02/05/14 | J | | |
| 32. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 33. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 34. SCHWAB INTL SMALL CAP ETF | A | Distribution | J | T | Buy (add'l) | 12/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | Buy | 02/05/14 | J | | amend for first purchase |
| 36. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 37. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 02/05/14 | J | | see 2013 discl. line 43 |
| 38. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 39. VANGARD FTSE EMERGING MARKETS ETF | A | Distribution | | | Sold | 12/05/14 | K | A | |
| 40. | | | | | | | | | |
| 41. Brokerage Acct #2 | | | | | | | | | Was acct # 4- see part 8 |
| 42. BMO INTERM TAX FREE BOND FUND | A | Distribution | J | T | | | | | |
| 43. RIDGEWORTH SEIX FLOATING RATE INCOME FUND | A | Distribution | J | T | | | | | |
| 44. RIDGEWORTH SEIX HIGH YIELD FUND | A | Distribution | J | T | | | | | |
| 45. SCHWAB CA TAX FREE BOND FUND | A | Distribution | K | T | Buy (add'l) | 07/09/14 | J | | |
| 46. BROWN ADVISORY GROWTH FUND | A | Distribution | J | T | | | | | |
| 47. HARBOR INTERNATIONAL FUND | A | Distribution | J | T | | | | | |
| 48. HODGES SMALL CAP FUND | A | Distribution | J | T | | | | | see 2013 discl. line 151 |
| 49. LAUDUS US LARGE CAP GROWTH FUND | A | Distribution | J | T | | | | | |
| 50. OAKMARK INTL FUND | A | Distribution | J | T | | | | | |
| 51. PARNASSUS CORE EQUITY FUND | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 53. SCHWAB US DIVIDEND EQUITY FUND | A | Distribution | | | Sold | 07/07/14 | J | A | |
| 54. SCHWAB SMALL CAP EQUITY FUND | A | Distribution | | | Sold | 07/07/14 | J | A | |
| 55. SCHWAB US TREASURY ETF | A | Distribution | J | T | Buy (add'l) | 02/10/14 | J | | |
| 56. SCHWAB AGGR BOND ETF | A | Distribution | K | T | Buy | 02/10/14 | J | | |
| 57. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 58. SCHWAB US TIPS ETF | A | Distribution | J | T | | | | | |
| 59. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy (add'l) | 12/02/14 | J | | |
| 60. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | Buy (add'l) | 12/02/14 | J | | |
| 61. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | Buy (add'l) | 12/02/14 | J | | |
| 62. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 12/02/14 | J | | |
| 63. POWERSHARES HIGH YIELD BOND ETF | A | Distribution | | | Sold (part) | 05/30/14 | J | A | |
| 64. | | | | | Sold | 07/02/14 | J | A | |
| 65. | | | | | | | | | |
| 66. Brokerage Acct #3 | | | | | | | | | Was acct #2- see part 8 |
| 67. BMO INTERM TAX FREE BOND FUND | A | Distribution | J | T | | | | | see 2013 discl. line 57 |
| 68. RIDGEWORTH SEIX FLOATING RATE | A | Distribution | J | T | | | | | see 2013 discl. line 49 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. RIDGEWORTH SEIX HIGH YIELD FUND | A | Distribution | J | T | | | | | see 2013 discl. line 75 |
| 70. SCHWAB CA TAX FREE BOND FUND | A | Distribution | J | T | Buy (add'l) | 05/08/14 | J | | |
| 71. SCHWAB US DIVIDEND EQUITY FUND | A | Distribution | | | Sold | 07/07/14 | J | A | see 2013 discl. line 79 |
| 72. BROWN ADVISORY GROWTH FUND | A | Distribution | J | T | | | | | |
| 73. HARBOR INTERNATIONAL FUND | A | Distribution | J | T | | | | | |
| 74. JANUS VENTURE FUND | A | Distribution | J | T | | | | | |
| 75. LAUDUS US LARGE CAP GROWTH FUND | A | Distribution | J | T | | | | | see 2013 discl. line 66 |
| 76. OAKMARK INTL FUND | A | Distribution | J | T | | | | | |
| 77. PARNASSUS CORE EQUITY FUND | A | Distribution | J | T | | | | | |
| 78. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 79. SCHWAB SMALL CAP EQUITY FUND | A | Distribution | J | T | | | | | see 2013 discl. line 97 |
| 80. UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | J | T | | | | | |
| 81. ISHARES NATL MUNI BOND ETF | A | Distribution | J | T | Buy | 07/10/14 | J | | |
| 82. SCHWAB US TREASURY ETF | A | Distribution | J | T | | | | | see 2013 discl. line 76 |
| 83. SCHWAB AGGR BOND ETF | A | Distribution | K | T | Buy | 05/08/14 | J | | |
| 84. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 85. SCHWAB US TIPS ETF | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy (add'l) | 12/02/14 | J | | |
| 87. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | Buy (add'l) | 12/02/14 | J | | |
| 88. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | Buy (add'l) | 12/02/14 | J | | |
| 89. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 12/02/14 | J | | |
| 90. POWERSHARES HIGH YIELD BOND ETF | A | Distribution | | | Sold (part) | 05/30/14 | J | A | |
| 91. | | | | | Sold | 07/07/14 | J | A | |
| 92. | | | | | | | | | |
| 93. Brokerage Acct #4 | | | | | | | | | Was acct #3-see part 8 |
| 94. SCHWAB CA TAX FREE BOND FUND | A | Distribution | K | T | | | | | |
| 95. ACADIAN EMERGING MARKETS FUND | A | Distribution | J | T | | | | | see 2013 discl. line 106 |
| 96. BROWN ADVISORY GROWTH FUND | A | Distribution | K | T | | | | | |
| 97. HARBOR INTERNATIONAL FUND | A | Distribution | J | T | | | | | |
| 98. HODGES SMALL CAP FUND | A | Distribution | J | T | | | | | |
| 99. JANUS VENTURE FUND | A | Distribution | J | T | | | | | see 2013 discl. line 110 |
| 100. OAKMARK INTL FUND | A | Distribution | J | T | | | | | |
| 101. PARNASSUS CORE EQUITY FUND | A | Distribution | J | T | | | | | |
| 102. PRINCIPAL EQUITY INCOME FUND | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | J | T | | | | | see 2013 discl. line 130 |
| 104. POWERSHARES INTL DIVIDEND ACHIEVERS ETF | A | Distribution | J | T | | | | | see 2013 discl. line 115 |
| 105. SCHWAB AGGR BOND ETF | A | Distribution | J | T | | | | | |
| 106. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 107. SCHWAB US TIPS ETF | A | Distribution | J | T | | | | | |
| 108. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy (add'l) | 12/02/14 | J | | |
| 109. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | Buy (add'l) | 12/02/14 | J | | |
| 110. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | Buy (add'l) | 12/02/14 | J | | |
| 111. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 112. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 12/02/14 | J | | |
| 113. POWERSHARES HIGH YIELD BOND ETF | A | Distribution | | | Sold (part) | 05/30/14 | J | A | |
| 114. | | | | | Sold | 07/10/14 | J | A | |
| 115. | | | | | | | | | |
| 116. Brokerage Acct # 5 | | | | | | | | | |
| 117. ACADIAN EMERGING MARKETS FUND | A | Distribution | J | T | | | | | |
| 118. BROWN ADVISORY GROWTH FUND | A | Distribution | J | T | | | | | |
| 119. HARBOR INTERNATIONAL FUND | A | Distribution | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  HODGES SMALL CAP FUND | A | Distribution | J | T | | | | | |
| 121.  JANUS VENTURE FUND | A | Distribution | J | T | | | | | |
| 122.  MOTLEY FOOL GREAT AMERICAN FUND | A | Distribution | J | T | Buy | 01/27/14 | J | | |
| 123.  OAKMARK INTL FUND | A | Distribution | J | T | | | | | |
| 124.  PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 125.  UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | J | T | | | | | |
| 126.  PARNASSUS CORE EQUITY FUND | A | Distribution | | | Sold | 01/03/14 | J | A | |
| 127.  POWERSHARES INTL DIVIDEND ACHIEVERS ETF | A | Distribution | J | T | Buy | 01/16/14 | J | | |
| 128.  SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | J | T | | | | | |
| 129.  SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy (add'l) | 07/23/14 | J | | |
| 130.  SCHWAB INTL EQUITY ETF | A | Distribution | J | T | Buy (add'l) | 07/23/14 | J | | |
| 131.  SCHWAB US LARGE CAP ETF | A | Distribution | K | T | Buy (add'l) | 07/23/14 | J | | |
| 132.  SCHWAB US SMALL CAP ETF | A | Distribution | K | T | Buy (add'l) | 07/23/14 | J | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135.  Brokerage Acct #6 | | | | | | | | | |
| 136.  BAIRD CORE PLUS BOND FUND | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PIMCO TOTAL RETURN FUND | A | Distribution | J | T | | | | | |
| 138. BROWN ADVISORY GROWTH FUND | A | Distribution | J | T | | | | | |
| 139. HARBOR INTERNATIONAL FUND | A | Distribution | J | T | | | | | |
| 140. HODGES SMALL CAP FUND | A | Distribution | J | T | | | | | |
| 141. PARNASSUS CORE EQUITY FUND | A | Distribution | J | T | | | | | |
| 142. PRINCIPAL EQUITY INCOME FUND | A | Distribution | J | T | | | | | |
| 143. POWERSHARES HIGH YIELD BOND ETF | A | Distribution | J | T | Buy (add'l) | 03/07/14 | J | | |
| 144. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 145. SCHWAB AGGR BOND ETF | A | Distribution | J | T | Buy (add'l) | 03/07/14 | J | | |
| 146. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 147. SCHWAB US TIPS ETF | A | Distribution | J | T | Buy (add'l) | 07/24/14 | J | | |
| 148. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | Buy (add'l) | 07/24/14 | J | | |
| 149. SCHWAB INTL EQUITY ETF | A | Distribution | J | T | Buy (add'l) | 03/07/14 | J | | |
| 150. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 151. SCHWAB US LARGE CAP ETF | A | Distribution | J | T | Buy (add'l) | 07/24/14 | J | | |
| 152. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | Buy (add'l) | 07/24/14 | J | | |
| 153. SPDR BARCLAYS EX-US TREASURY ETF | A | Distribution | J | T | Buy | 07/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. Brokerage #7 | | | | | | | | | |
| 156. IPATH BLOOMBERG COMMODITY INDEX ETF | A | Distribution | J | T | Buy | 05/21/14 | J | | |
| 157. ISHARES AMT BOND ETF | A | Distribution | J | T | Buy | 05/21/14 | J | | |
| 158. VANGUARD TOTAL STOCK MARKET ETF | A | Distribution | J | T | Buy | 05/21/14 | J | | |
| 159. VANGUARD FTSE EMERGING MARKETS ETF | A | Distribution | J | T | Buy | 05/21/14 | J | | |
| 160. VANGUARD DIVIDEND APPRECIATION ETF | A | Distribution | J | T | Buy | 05/21/14 | J | | |
| 161. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Distribution | J | T | Buy | 05/21/14 | J | | |
| 162. | | | | | | | | | |
| 163. Schwab Checking / Brokerage Sweep Accts | A | Int./Div. | L | T | | | | | |
| 164. Citibank Checking / Savings Accts | A | Int./Div. | K | T | | | | | |
| 165. 529 Account #1 New York Col Savings Prog Cons/Mod Growth (no control) | B | Distribution | N | T | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 08/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendments to 2014 report in response to Committee's August 11 letter:

Lines 6, 24, 35:
 Corrected to indicate first purchase of funds - original filing inadvertently listed as "additional" purchases.


Line 37:
 No change. Fund was disclosed in 2013 form at line 43 (correct fund name used in 2014 disclosure)


Lines 48 - 104:
     I inadvertently listed Accounts 2-4 in a different order than that used in my previous disclosure forms. The account identified as Account #2 in 2014 conforms to Account #4 in 2013 disclosure. The account identified as Account #3 in 2014 conforms to Account #2 in 2013 disclosure. The account identified as Account #4 in 2014 conforms to Account #3 in 2013 disclosure.

To avoid confusion, I amended the 2014 disclosure for each relevant line in column D.5. to show the correct disclosure of the fund in the earlier form.


Lines 163-165:
 Corrected to conform with previous report


Assets listed in 2013 report at Lines 65-183:
 The Committee's comments regarding the 2013 disclosure are related to my inadvertent misnumbering of Accounts 2-4 in the 2014 form. To respond to the Committee's inquiry, I list below the line on which I disclosed the fund in 2013 and the correct location of its disclosure in 2014:

| 2013 | 2014 |
|---|---|
| line # | |
| 65 | 74 |
| 101 | 80 |
| 106 | 95 |
| 109 | 98 |
| 115 | 104 |
| 136 | 43 |
| 145 | 42 |
| 154 | 49 |
| 162 | 44 |
| 163 | 45 |
| 164 | 55 |
| 167 | 57 |
| 183 | 54 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Wilner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544